MRS. MARY HOPKINS, *Appellant,* v. J. Y. PARKER, *Appellee.*

No. 15,787.

Appeal from McPherson district court. Opinion filed May 6, 1911. Affirmed.

*John F. Hanson,* for the appellant.

*G. F. Grattan,* and *J. M. Grattan,* for the appellee.

*Per Curiam:* The abstract is insufficient because for the most part conclusions are stated instead of the substance of the evidence. (*Brady v. Mining Co.,* 83 Kan. 808.)

Taking the abstract and counter abstract together and interpreting the evidence in the light most favorable to the plaintiff the court is of the opinion that only one reasonable conclusion can be drawn, and that is that the relations of the parties remained unchanged after the plaintiff became of age. There is no dispute about the law governing such cases.

The judgment is affirmed.

---

JAMES S. MURPHY, *Appellee,* v. THE EDGAR ZINC COMPANY, *Appellant.*

No. 16,724.

Appeal from Wilson district court. Opinion on rehearing, filed May 6, 1911. Reaffirmed. (For original opinion, see 83 Kan. 627.)

*O. P. Ergenbright,* for the appellant.

*James A. Brady,* and *Francis M. Brady,* for the appellee.

*Per Curiam:* The court adheres to the conclusions reached on the former hearing (*Murphy v. Edgar,* 83 Kan. 627) and the judgment is therefore reaffirmed.